EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Luis A. Delgado Rodríguez | 2012 TSPR 125 <br><br> 186 DPR ____ |
|---|---|

Número del Caso: TS-6479

Fecha: 9 de agosto de 2012

Abogados de la Parte Peticionaria:

        Lcdo. José E. Colón Rodríguez
        Lcdo. Manuel Martínez Umpierre
        Lcdo. Roberto Alonso

Comisión de Reputación para el Ejercicio de la Abogacía

        Lcdo. Guillermo Arbona Lago
        Lcda. Jocelyn López Vilanova
        Lcda. Belén Guerrero Calderón
        Lcda. Waleska Delgado Marrero
        Dr. Robert Stolberg

Procurador Especial de la Comisión de Reputación

        Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

        Lcda. Minnie H. Rodríguez López
        Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Luis A. Delgado Rodríguez          TS-6,479

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de agosto de 2012.

El peticionario Luis A. Delgado Rodríguez fue suspendido indefinidamente del ejercicio de la abogacía y de la notaría el 25 de octubre de 2000.

Vista la *Moción de Reinstalación* presentada por el peticionario el pasado 30 de julio de 2012, así como la *Certificación de Cumplimiento* suscrita por el Lcdo. Ramón Mendoza Rosario, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo